ORIGINAL

| | |
|---|---|
| 1  FRANK M. MANGAN<br>   California State Bar Number 057689<br>2  FEDERAL DEFENDERS OF SAN DIEGO, INC.<br>   NBC Building, 225 Broadway, Suite 900<br>3  San Diego, California 92101-5030<br>   Telephone (619) 234-8467<br>4  Fax: (619) 685-2666<br>5  Attorneys for Ms. Paschall | FILED<br>06 SEP 21 AM 8:46<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY:  ___  DEPUTY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JAN M. ADLER)

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>          Plaintiff,             )<br>                                 )<br>v.                               )<br>                                 )<br>DARCY PASCHALL,                  )<br>                                 )<br>          Defendant.             )<br>_____) | Case No. 05CR0200-ALL<br><br>**APPLICATION FOR EXONERATION OF BOND AND ORDER RECONVEYING TRUST DEED, AND ORDER THEREON** |

The above-named Defendant, Darcy Paschall made her first appearance in the above-captioned case on February 25, 2005 on the charges of distribution of methamphetamine, aiding and abetting. On February 7, 2006, Ms. Paschall posted bond in the amount of $360,000, secured by property located at 5041 Cliff Place, San Diego, California 92116.

On July 6, 2006, Ms. Paschall self-surrendered with her case still pending and this Court orally ordered the bond exonerated. On August 2, 2006, Judge William McCurine, Jr. signed a written Order Exonerating Bond. However, it seems that no action was taken with respect to the lien against the property at 5041 Cliff Place, San Diego, California 92116. The clerk's office informed Federal Defenders of San Diego that reconveyance has not occurred due to some problem with the format of the August 2nd Order. Therefore, Ms. Paschall hereby requests the Court to again order that the bond is exonerated, and, accordingly, that the property trust deed securing the bond be reconveyed to Marion Lee Day.

**IT IS SO MOVED.**

Dated: 9/18/06

_____
FRANK M. MANGAN
Attorney for Ms. Paschall

ORIGINAL

1  **IT IS HEREBY ORDERED**, good cause having been shown, that the criminal bond in
2  the above-captioned case, with respect to Defendant Darcy Paschall, be exonerated, and that the trust deed
3  with respect to the property located at <u>5041 Cliff Place, San Diego, California, 92116</u>, be released and
4  reconveyed to Marion Lee Day, and that all documents related to the release and reconveyance be mailed
5  to Federal Defenders of San Diego, Inc., c/o Miguel Gongora, Jr., NBC Building, 225 Broadway, Suite
6  900, San Diego, California, 92101.
7        **IT IS SO ORDERED.**
8
9  Dated: 9/19/06

HONORABLE JAN M. ADLER
United States Magistrate Judge